**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00832-CR

### ALONZO GRAYSON, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-81500-2012

## ORDER

The Court **REINSTATES** the appeal.

On September 12, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) Janet Dugger is the court reporter who recorded the proceedings; and (4) Ms. Dugger's explanation for the delay in filing the record is her workload. We **DO NOT ADOPT** the finding that the earliest date by which Ms. Dugger can file the reporter's record is December 9, 2013.

We note the reporter's record is already three months overdue. Accordingly, we **ORDER** Janet Dugger, official court reporter of the 296th Judicial District Court, to file the

reporter's record within **THIRTY DAYS** of the date of this order. If the reporter's record is not filed within the time specified, we will order that Janet Dugger not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Janet Dugger, official court reporter, 296th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE